UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CR-196-1-D(2)

FILED JUL 8 2009 DENNIS P. IAVARONE, CLERK US DISTRICT COURT, EDNC BY ___ DEP CLK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | INDICTMENT |
| | ) | |
| MONTERIUS R. SMITH | ) | |

The Grand Jury charges that:

On or about July 28, 2008, in the Eastern District of North Carolina, MONTERIUS R. SMITH, defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, that is, a Cobra, model CA-380, .380 caliber pistol, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

A TRUE BILL

DATE: July 8, 2009

GEORGE E. B. HOLDING
United States Attorney

BY: _____
JOHN H. BENNETT
Assistant United States Attorney
Criminal Division