UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-196-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MONTERIUS SMITH | ORDER TO EXTEND TIME TO FILE<br>PRE-TRIAL MOTIONS |

This matter is before the Court on the defendant's Motion to Extend Pretrial Motions Deadline. The current deadline for filing pre-trial motions is August 13, 2009. Upon good cause shown, it is hereby ORDERED that the Motion to extend is ALLOWED, and the deadline for filing pre-trial motions is extended until _____, 2009.

The Court has determined that the ends of justice outweigh the interests of the defendant and the public in a speedy trial. The delay occasioned by the continuance shall be excluded in computing the defendant's speedy trial time. See 18 U.S.C. §3161(h)(7)(A).

SO ORDERED.

This _____ day of August, 2009.

_____
Judge James C. Dever, III
United States District Judge