CASE #: 5:09-CR-196-1-D

FILED

MAY 6 2010

DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Dear honorable clerk,

My name is Monterius Rahson Smith I Am writting to find out whats the status of my appeal. My case number is (5:09-CR-196-1-D). I tooked my plea 9-21-2009 and was convicted 1-15-2010. Also I Sentenced in Raleigh, North Carolina U.S Eastern District.

Thank You

RECEIVED
2010 APR 27 AM 9:53
U.S. COURT OF APPEALS
FOURTH CIRCUIT

Monterius Smith 51730-056
P.O Box 52020
Federal Correctional Institution
Bennettsville, S.C 29512