Montarius Smith 51730-056
P.O Box 52020
Federal Correctional Institution
Bennettsville, S.C 29512

Legal Mail

FLORENCE SC 293
23 APR 2010 PM 1 T

B. McBride
U.S Court of Appeals
For the Fourth Circuit
1100 East Main Street
Richmond, VA 23219