IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CR-196-D
No. 5:11-CV-617-D

| | | |
|---|---|---|
| MONTARIUS R. SMITH, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | **ORDER** |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) ) ) | |

The United States has withdrawn its opposition to Montarius R. Smith's supplemental motion to vacate his conviction [D.E. 53]. The court has reviewed the entire record and GRANTS the supplemental motion to vacate his conviction [D.E. 51]. Smith's conviction in this case [D.E. 20] is VACATED. The remaining motions [D.E. 32, 36, 44, 52, 54] are DISMISSED as moot. The United States shall release Smith.

SO ORDERED. This 29 day of October 2012.

JAMES C. DEVER III
Chief United States District Judge